**SYNTHON IP, INC., Plaintiff–Appellant,**

v.

**PFIZER, INC., Defendant–Appellee.**

No. 2007–1344.

United States Court of Appeals,
Federal Circuit.

June 17, 2008.

Rehearing Denied July 24, 2008.

Nichole W. Stafford, Wilson Sonsini, Goodrich & Rosati, PC, of Austin, Texas, argued for plaintiff-appellant. On the brief were Jonathan G. Graves and John P. Moy, Cooley Godward Kronish LLP, of Reston, Virginia; Michael A. Ladra and Terry Kearney, Wilson, Sonsini, Goodrich & Rosati, PC, of Palo Alto, California; Of counsel was Nathan K. Cummings, Cooley Godward Kronish LLP, of Reston, Virginia.

Jack B. Blumenfield, Morris, Nichols, Arsht & Tunnell, LLP, of Wilmington, Delaware, argued for defendant-appellee. With him on the brief were Maryellen Noreika, and James W. Parrett, Jr. Of counsel was John F. Anderson, Troutman Sanders LLP, of McLean, Virginia; and Derek J. Fahnestock, Morris, Nichols, Arsht & Tunnell, LLP, of Wilmington.

Before MAYER, Circuit Judge,
PLAGER, Senior Circuit Judge and DYK, Circuit Judge.

PER CURIAM.

The court, having considered the submissions and oral arguments of the parties, and having considered the record before and judgment of the United States District Court for the Eastern District of Virginia, holds that the findings of inequitable conduct and exceptional case, and the award of attorney fees are *affirmed.* Under these circumstances, we need not reach the issues of infringement and validity.